MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

JEFFREY B. SCHENK (CABN 234355)
Assistant United States Attorney
   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax: (408) 535-5066
   E-Mail: jeffrey.b.schenk@usdoj.gov

Attorneys for Plaintiff

**FILED**
JUL 25 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JESSE JOSEPH SANCHEZ, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | No. CR-11-70406-PSG <br><br> [~~PROPOSED~~] ORDER TO DISMISS |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California moves to dismiss without prejudice the above-captioned complaint.

| | |
|---|---|
| DATED:     July 18, 2011 | Respectfully submitted, <br><br> MELINDA HAAG <br> United States Attorney <br><br> /s/ <br><br> JEFFREY B. SCHENK <br> Assistant United States Attorney |

[~~PROPOSED~~] ORDER TO DISMISS (CR-11-70406-PSG)

1 | It is so ORDERED that:
2 | The complaint, CR 11-70406, against defendant Jesse Joseph Sanchez, is dismissed
3 | without prejudice.

Date: 7/25/2011

_per S._
PAUL S. GREWAL
United States Magistrate Judge

[PROPOSED] ORDER TO DISMISS (CR-11-70406-PSG)
2